AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Montana

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. MJ-21-  126  -M-KLD |
| United States Postal Service parcel addressed to Kevin Jakub, 303 Snow Goose Ct, Hamilton, MT 59840 | ) |
| | ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

located in the _____ District of _____ Montana _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B for a list of items to be searched for and seized, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C.§ 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C.§ 843(b). | Distribution or Possess with Intent to Distribute a Controlled Substance Using Communication Facility to Commit 21 U.S.C.§ 841(a)(1) |

The application is based on these facts:

The accompanying affidavit is incorporated as if fully restated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Walt Tubbs*
_____
*Applicant's signature*

Walt Tubbs, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
*Telephone* _____ *(specify reliable electronic means)*.

Date: 12/7/2021

/S/ Kathleen DeSoto
*Judge's signature*

City and state: Missoula, Montana

Hon. Kathleen DeSoto, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Montana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United States Postal Service parcel addressed to<br>Kevin Jakub, 303 Snow Goose Ct, Hamilton, MT<br>59840 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  MJ-21- *126* -M-KLD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime, contraband, fruits of a crime, other items illegally possessed, property intended for use, or used in committing a crime, which is described in Attachment B, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  *December 21, 2021*  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Kathleen DeSoto _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  *12/7/2021   4:04 pm*

/S/ *Kathleen DeSoto*
*Judge's signature*

City and state:   Missoula, Montana

Hon. Kathleen DeSoto, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No. 126<br>MJ-21-  -M-KLD | Date and time warrant executed:<br>12/7/2021   4:20pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of : | | |
| HSI SA Holly Langley , Missoula PD Detective Bob Franke | | |

Inventory of the property taken and name(s) of any person(s) seized:

- USPS parcel with tracking number  9405 5368 9523 2656 6024 08

- approximately 3.4 grams gross weight of an unknown brown powdery substance
that was contained in a clear plastic bag which was concealed in a
metallic like bag that was sealed and was wrapped with bubble wrap.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/8/2021

Walt Tubbs
*Executing officer's signature*

Walt Tubbs  U.S. Postal Inspector
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

In The Matter Of The Search Of
United States Postal Service Parcel
Addressed To: Kevin Jakub, 303
Snow Goose Ct, Hamilton, MT
59840

Case No. MJ-21-*126*-M-KLD

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41   FOR A WARRANT TO SEARCH AND SEIZE

I, Walt Tubbs, being first duly sworn, depose and state as follows:

1.      I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since February 2007. I am currently assigned to the Big Sky Miscellaneous Team in Montana.  One of my duties as part of this team is to conduct investigations of controlled substances transported via the United States Mail.  I successfully completed Basic Inspector Training in Potomac, Maryland, which included training regarding transportation of narcotics via the U.S. mails.  Prior to becoming a Postal Inspector, I was employed by the United States Postal Service as a letter carrier for more than seven years.

2.      As part of my duties, I investigate the use of the United States Mail to illegally mail and receive controlled substances and drug trafficking instrumentalities, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and

1

21 U.S.C. § 843(b).  My training and experience includes identifying parcels with characteristics indicative of criminal activity.  During the course of my employment with the Postal Inspection Service, I have participated in criminal investigations involving suspicious parcels and controlled substances.

     3.    This affidavit is made in support of an application for a search warrant for a United States Postal Service parcel, hereinafter referred to as SUBJECT PARCEL, which is more fully described in Attachment A.

     4.    Information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and investigation by other inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the SUBJECT PARCEL, I have not set forth every fact pertaining to the investigation.

     5.    The items to be seized from the SUBJECT PARCEL are specifically described in Attachment B, which constitute the fruits, instrumentalities, and evidence of violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b).

## PARCEL TO BE SEARCHED

6.      The United States Postal Service (USPS) parcel bears USPS tracking number of 9405 5368 9523 2656 6024 08 and is addressed to "Kevin Jakub, 303 Snow Goose Ct, Hamilton, MT 59840," with a return address of "Nicholas Everett, 888 55th St, Sacramento, CA 95819," (the "SUBJECT PARCEL"). The SUBJECT PARCEL is a USPS Priority Mail parcel with a listed weight of approximately 4 pounds 5 ounces (4.3125lbs). The SUBJECT PARCEL was postmarked on December 3, 2021, at the Sacramento, CA 95819 Post Office and carries $6.89 in postage.  I believe the SUBJECT PARCEL contains controlled substances and/or illegal narcotics.

## THE INVESTIGATION

7.      On December 4, 2021, your affiant learned of a parcel (hereinafter referred to as the "SUBJECT PARCEL") being sent from California to Hamilton, MT. The SUBJECT PARCEL's postage was paid with a third-party postage vendor identified as Easy Post and the SUBJECT PARCEL was sent as priority mail service. The SUBJECT PARCEL bore sender information of Nicholas Everett, 888 55th St, Sacramento, CA 95819 and recipient information of Kevin Jakub, 303 Snow Goose Ct, Hamilton, MT 59840 and tracking number of 9405 5368 9523 2656 6024 08.

3

8.    On December 4, 2021, your affiant researched the postage payment method for the SUBJECT PARCEL and learned the parcel had been paid via an authorized third-party online postage vendor identified as Easy Post. In my training and experience, it is common for shippers and purchasers of illegal substances to want to remain anonymous. Paying postage with third party postage vendors, such as Easy Post is a way to remain anonymous as Easy Post does not always require those purchasing online postage through their online site to verify their true identity.

9.    On December 4, 2021, your affiant researched the recipient name on the SUBJECT PARCEL utilizing postal and law enforcement databases and learned the recipient address of 303 Snow Goose Ct, Hamilton, MT 59840 is a valid address and Kevin Jakub does reside and receive mail at this address.

10.    On December 4, 2021, your affiant researched the sender name and address listed on the SUBJECT PARCEL utilizing postal and law enforcement databases and learned the sender address of 888 55th St, Sacramento, CA 95819 is a valid delivery address. Your affiant learned the listed sender name of Nicholas Everett was at one time associated to the sender address, however Nicholas Everett is listed as a deceased person with a date of birth of 03/29/1921.

4

11.    On December 4, 2021, your affiant, utilizing postal service databases learned there had been 13 similar USPS priority parcels shipped through the post office from various post offices in California to the address of 303 Snow Goose Ct, Hamilton, MT 59840 all utilizing Easy Post as the postage payment service.

12.    On December 4, 2021, your affiant, utilizing postal service and law enforcement databases researched the six most recent mailings of these similar USPS priority parcels and learned the following. Each of these parcels that was researched had a listed weight of 4lbs 5ozs (4.3125lbs) and had the postage paid through Easy Post. Each of these parcels was addressed to Kevin Jakub at 303 Snow Goose Ct, Hamilton, MT 59840. Each of these parcels was sent as Priority Mail Service.

13.    Parcel with tracking number 9405 5368 9523 2550 0329 81 that shipped on November 12, 2021, bore sender information of Bonnie Richardson, 1325 39th St, Sacramento, CA 95816. As per law enforcement databases Bonnie Richardson is an 89-year-old female and does reside at this address.

14.    Two parcels with tracking numbers 9405 5368 9523 2516 5251 51and 9405 53689523 2516 5259 08 that both shipped on October 29, 2021, bore sender information of Greg Watson, 271 Orcutt Cir, Sacramento, CA

5

95834. As per law enforcement databases there are Watsons that live at this address, but your affiant was unable to confirm a Greg Watson at the address.

15.    Parcel with tracking number 9405 5368 9523 2371 2364 69 that shipped on September 18, 2021, bore sender information of Rubin Logan, 1384 McAllister St, San Francisco, CA 94115. Your affiant learned the listed sender name of Rubin Logan was at one time associated to the sender address, however Rubin Logan is listed as a deceased person with a date of birth of 05/26/1949.

16.    Parcel with tracking number 9405 5368 9523 2316 7344 18 that shipped on September 3, 2021, bore sender information of Donald Logan, 389 Cottonwood St, Vacaville, CA 95688. Your affiant learned the listed sender name of Donald Logan was associated to the address back in 2017 but no longer resides at this address.

17.    Parcel with tracking number 9405 5368 9523 2274 5518 12 that shipped on August 24, 2021, bore sender information of Elaine Keith, 121 Isle Royal Cir, Vacaville, CA 95687. You affiant learned the listed sender name of Elaine Keith was at one time associated to the sender address, however Elaine Keith is listed as a deceased person with a date of birth of 06/19/1929.

6

18.    In my training and experience, shippers of illegal substances want their parcels to move through the mail stream quickly and utilizing the USPS Priority Mail postage option typically ensures that goal.

19.    In my training and experience it is common for shippers and recipients of illegal substances to use fictitious names or variations of real names in order to try to avoid detection, as opposed to using their legal names. It has also been my experience that actual legal names are sometimes utilized.

20.    In my training and experience it is common for shippers of illegal substances to use false addresses or addresses that are valid addresses, but for which the shipper has no actual association to so they can remain undetected.

21.    On December 4, 2021, your affiant contacted the Rocky Mountain High Intensity Drug Area Task Force and Homeland Security Investigations Special Agent Holly Langley to request assistance.

22.    Agent Langley provided criminal history for Kevin Jakub and a portion of that criminal history includes arrest in 2003 for criminal possession of dangerous drugs at Ravalli County, MT. Arrest in 2004 for

7

dangerous drugs possession and use at Mesa, AZ, in 2006. Arrest in 2006 for dangerous drugs/controlled substance possession at Jefferson County, CO.

23.    On December 7, 2021, Montana Highway Patrol Trooper and K9 handler, Seth Adams and his K9 partner, Bumper, responded to the post office to conduct a sniff on the SUBJECT PARCEL. Prior to the K9 Officer's arrival the SUBJECT PARCEL was laid out with four other parcels some distance from each other in a room of the post office. Trooper Adams was not made aware of which parcel was believed to be the suspect parcel. Trooper Adams deployed Bumper, letting him detail the parcels in the room where the parcels were laid out. Upon conducting a sniff of the package line up Trooper Adams stated that Bumper showed distinct alert behavior and then indicated to the presence of a trained odor on the SUBJECT PARCEL.  The SUBJECT PARCEL was secured with the U.S. Postal Service pending receipt of a search warrant.

24.    Trooper Adams experience, training, and certifications: P.O.S.T. Certified Law Enforcement Officer since 2014; basic and intermediate certificates; Police Narcotic Detector Dog handler since April 2019; 200 hours of basic Police K9 training with Bumper at Shallow Creek Kennel-Sharpsville, PA; over 1000 hours of basic Law Enforcement training

including drug/DUI interdiction specialty; Certified Drug Recognition Expert April 2018 to present.

25.    K9 Bumper experience, training and certifications:  Certified Police Patrol Dog/ Narcotic Detector Dog since April 2019. All certifications are done in a single blind fashion, neither the dog nor the handler are aware of the location of the drugs.  The team certified on the four odors: Marijuana, Methamphetamine, Heroin and Cocaine.  All certifications were administered by Master Trainers from the North American Police Work Dog Association (NAPWADA) and Utah POST. Certification for narcotics occurs on an annual basis. The most recent certification through NAPWADA was on June 22, 2021, and from Utah POST was on March 3, 2021. K9 Bumper's training records are available upon request.

## CONCLUSION

26.    Based upon the foregoing information, it is my belief that SUBJECT PARCEL, specifically described in Attachment A, contains evidence of violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b), contraband, fruits of the crimes or other items illegally possessed, or property intended for use, or used in committing the crime.  I

am therefore seeking a search warrant to seize evidence within such parcel

and the parcel itself, which is more specifically described in Attachment B.

Walt Tubbs
U.S. Postal Inspector
U.S. Postal Inspection Service

SUBSCRIBED and SWORN before me this ___7___ of December
2021.

Hon. Kathleen DeSoto
United States Magistrate Judge

10

**ATTACHMENT A**

The SUBJECT PARCEL is further described as follows:

United States Postal Service (USPS) parcel with tracking number of 9405 5368 9523 2656 6024 08, addressed to "Kevin Jakub, 303 Snow Goose Ct, Hamilton, MT 59840," with a return address of "Nicholas Everett, 888 55th St, Sacramento, CA 95819". The SUBJECT PARCEL is a USPS Priority mail parcel with a listed weight of approximately 4 pounds 5 ounces (4.3125lbs). The SUBJECT PARCEL was received by the Sacramento, CA 95819 post office on December 3, and carries $6.89 in postage.

The SUBJECT PARCEL is photographed below:

11



## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b), distribution and possession with the intent to distribute controlled substances, conspiracy to possess with intent to distribute controlled substances, and use of the mail to transport controlled substances:

1.  Controlled substances, including but not limited to methamphetamine, cocaine, heroin, marijuana, ecstasy, and fentanyl, as defined in 21 U.S.C. § 802(6); counterfeit substances, as defined in 21 U.S.C. § 802(7); or narcotic drugs, as defined in 21 U.S.C. § 802(17);

2.  Monetary instruments, including, but not limited to, currency, money orders, blank checks, gift cards, or similar monetary instruments;

3.  Drug paraphernalia, including materials of packaging, manufacturing, consuming, storing, cutting, weighing, possessing, or distributing controlled substances;

4.  Documentary evidence relating to the possession, purchase, sale, or distribution of controlled substances or counterfeit substances;

5.  Notes, letters, receipts, records, or other items that communicate information pertaining to the contents of the mailing that may aid in the identification and location of suppliers, receivers, or co-conspirators; and,

6.  Fingerprints and handwriting that may identify who packaged the parcel or mailed the parcel.

13